15, 1925.) Appeal from Circuit Court, Chilton County; G. F. Smoot, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for the offense of violating the state prohibition law, this appeal was taken. The appeal is upon the record only, there being no bill of exceptions. No question is therefore presented for our consideration, except that of the regularity of the proceedings shown by the record. The proceedings appear regular in all things. No error being apparent upon the record, the judgment of the circuit court is affirmed. Affirmed.

———

(110 So. 922)

H. L. LEWIS v. Mary J. BURCH. (6 Div. 123.) (Court of Appeals of Alabama. Nov. 2, 1926.) Appeal from Circuit Court, Jefferson County; John Denson, Judge. W. T. Edwards, of Birmingham, for appellant. Estes & Welch, of Bessemer, for appellee.

BRICKEN, P. J. Reversed and rendered, on authority of Lewis v. Burch, 108 So. 854.

———

(110 So. 922)

Aaron LIVINGSTON v. STATE. (4 Div. 246.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

BRICKEN, P. J. A judgment of conviction for assault with intent to murder, and a sentence of five to six years' imprisonment in the penitentiary, was pronounced and entered against this appellant, after due trial in the court below. He appealed. The exceptions reserved to the rulings of the court upon the admission of evidence are without merit. Each of the rulings complained of related to matters of the res gestæ. No other points of decision are involved. The record proper is without error also. Therefore the judgment appealed from will stand affirmed. Affirmed.

———

(109 So. 925)

Cecil LLOYD v. STATE. (7 Div. 226.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Burglary.

PER CURIAM. Appeal dismissed.

———

(106 So. 920)

J. D. LOCKET v. STATE. (4 Div. 58.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Murder in second degree.

SAMFORD, J. Appeal dismissed.

———

(106 So. 920)

John Henry LOFTIN v. STATE. (4 Div. 128.) (Court of Appeals of Alabama. Nov.

10, 1925.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Assault.

RICE, J. Appeal dismissed.

———

(106 So. 920)

Louis LONG v. STATE. (1 Div. 617.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Mobile County; J. W. Goldsby, Judge. Malicious injury to personal property.

RICE, J. The appeal is on the record proper, without bill of exceptions. Accordingly the court's refusal to give certain written charges asked by the defendant will not be reviewed. Bradford v. State, 18 Ala. App. 401, 92 So. 17. There being no error apparent, the judgment is affirmed. Affirmed.

———

(110 So. 923)

Dewey LONG v. STATE. (1 Div. 676.) (Court of Appeals of Alabama. Nov. 16, 1925.) Appeal from Circuit Court, Mobile County; T. J. Bedsole, Judge. Operating a motor vehicle while intoxicated.

SAMFORD, J. Affirmed.

———

(109 So. 925)

LOUISVILLE & NASHVILLE R. CO. v. Helen B. FRIZZLE. (3 Div. 538.) (Court of Appeals of Alabama. June 15, 1926. Rehearing Denied Aug. 31, 1926.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. C. P. McIntyre, of Montgomery, for appellant. Weil, Stakely & Vardaman and S. H. Dent, all of Montgomery, for appellee. Certiorari denied by Supreme Court in L. & N. R. Co. v. Frizzle, 109 So. 922.

RICE, J. So far as we can see, the questions of law raised on this appeal are the same as those raised and decided adversely to appellant in the case of Louisville & Nashville Railroad Company v. Cecil Frizzle, 108 So. 615,[1] and the holdings therein having been reviewed and approved by the Supreme Court of this State (108 So. 616), the judgment here appealed from is affirmed, on the authority of the opinion in that case. Affirmed.

———

(109 So. 925)

LOUISVILLE & N. R. CO. v. Lela GUICE. (6 Div. 45.) (Court of Appeals of Alabama. June 8, 1926.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

RICE, J. Appeal dismissed by agreement.

———

(105 So. 924)

Jim LOVE v. STATE. (2 Div. 327.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge.

———

[1] Ante, p. 354.